Daniel Louis Grossman, Esq.
11 Commerce Drive, Suite 308
Cranford, New Jersey 07016
(908) 272-4114

-and-

Alan L. Glazner, Esq.
123 North Union Avenue, Suite 305
Cranford, New Jersey 07016
(908) 272-1544

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

_____
CHRISTOPHER BALLERINI, ADMINISTRATOR
OF THE ESTATE OF JUDITH BALLERINE,
DECEASED,

        Plaintiff,          Case No.  11-CV-898 (WJM)

v.          *Civil Action*

PUBLIC SERVICE ENTERPRISE GROUP      **AMENDED CERTIFICATION**
INCORPORATED, PSEG SERVICES               **PURSUANT TO**
CORPORATION, THE PENSION PLAN OF       **L. CIV. R. 11.2**
PUBLIC SERVICES ENTERPRISE GROUP
INCORPORATED and THE
EMPLOYEE BENEFITS COMMITTEE OF THE
PENSION PLAN OF PUBLIC SERVICES
ENTERPRISE GROUP INCORPORATED.
.

        Defendants.
_____

The undersigned certifies as follows:

    1. We are members of the Bar of this Court.

1

2. Pursuant to L. Civ. R. 11.2, we certify that, to the best of our knowledge, this matter is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: February 23, 2011

*/s/ Daniel Louis Grossman, Esq.*
Daniel Louis Grossman, Esq.

-and-

*/s/ Alan L. Glazner, Esq.*
Alan L. Glazner, Esq.